George B. McCullough, appellee, v. Clarence E. Fox et al., appellants. Gen. No. 27,308.

Action for salary. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. O'Connor, J., dissenting. Opinion filed January 10, 1923.

Rose & Symmes, for appellants. Lee J. Frank and Mary Lee Colbert, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Protestant Women's National Association et al., appellants, v. Jennie E. Turpin et al., on appeal of Ettie Elkins et al., appellees. Gen. No. 27,317.

Suit by officers of an incorporated association for a mandatory and restraining injunction to compel defendants to give up possession of a home for dependent children maintained by the association, to refrain from interfering with the business affairs of the association and for an accounting. Decree against complainants and for defendants on their cross-bill. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed January 10, 1923. *Certiorari* denied by Supreme Court (making opinion final).

John G. Riordan, for appellants. John J. Sonsteby and Frank H. Pennington, for appellees.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Barney Black, appellee, v. William Goldman, appellant. Gen. No. 27,336.

Action of forcible entry and detainer. Judgment for plaintiff for possession. Appeal from the Municipal Court of Chicago; the Hon. John Bugee, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed January 10, 1923.

Jacob Levy, for appellant. Max Arkin, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Richard Wexler et al., appellants, v. Public State Bank, appellee. Gen. No. 27,378.

Action by plaintiffs for money delivered to defendant bank by one plaintiff to be transmitted to the other plaintiff in Poland, and neither delivered nor returned. Judgment for defendant because of misjoinder of parties. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed and remanded. Opinion filed January 10, 1923.

Harry G. Wexler, for appellants. Becker & Horwich, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Harry W. Nichols, trading as Nichols Investigating Agency, appellee, v. John J. Garrity, appellant. Gen. No. 27,422.

Action for services rendered in investigating the disposal by bill posters of orders for theatre tickets intended to be given for ad-